IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL MANN                                                                                          PLAINTIFF

V.                                              NO. 11-2213

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                          DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion for Involuntary Dismissal, pursuant to Fed.R.Civ.P. 41(b). (Doc. 9). On January 26, 2012, the Plaintiff was directed, by text only order, to file a brief by April 27, 2012. On April 23, 2012, the Court entered a Show Cause Order, directing Plaintiff to show cause why this matter should not be dismissed, by no later than May 4, 2012. (Doc. 10). As of this date, Plaintiff has not filed a brief or responded to the Court's Order to Show Cause.

Accordingly, the Court hereby recommends that this matter be dismissed, pursuant to Fed.R.Civ.P. 41(b). **The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of May, 2012.

/s/ Erin L. Setser
HONORABLE ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)