IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL MANN                                                                                              PLAINTIFF

v.                                      Case No. 2:11-CV-02213

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                                    DEFENDANT

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 11) filed in this case on May 8, 2012, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by either party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Dismiss (Doc. 9) is GRANTED, and Plaintiff's Complaint is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 27th day of June, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE